```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 30254
  STACIE MARIE MACKENZIE
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-7809
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/02/05 and confirmed on 09/09/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 16323.36 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED VEHIC | 1457.00 | 37.80 | 1457.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1183.43 | .00 | 1183.43 |
| AMBULANCE BILLING | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2333.36 | .00 | 2333.36 |
| CAPITAL ONE BANK | UNSECURED | 2057.66 | .00 | 2057.66 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CIGNA HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 1328.68 | .00 | 1328.68 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DAVID VIGDOR MD | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT OF EMPLOYMENT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 260.11 | .00 | 260.11 |
| HENDERSONVILLE MED CTR | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| IMBS | UNSECURED | NOT FILED | .00 | .00 |
| JACKSON COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| REVENUE RECOVERY CORP | UNSECURED | 2263.10 | .00 | 2263.10 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1690.33 | .00 | 1690.33 |

```
SPIEGEL                       UNSECURED        NOT FILED            .00           .00
TENNESSEE URGENT CARE         UNSECURED        NOT FILED            .00           .00
WOBEGONE INC                  UNSECURED        NOT FILED            .00           .00
     Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1457.00      1183.43       9933.24           .00      12573.67
PRINCIPAL PAID      1457.00      1183.43       9933.24           .00      12573.67
INTEREST PAID         37.80           .00           .00           .00         37.80
TOTAL PAID          1494.80      1183.43       9933.24           .00      12611.47
```

The Debtor's attorney, PETER FRANCIS GERACI             , was allowed $   2700.00
and was paid $    1201.00   direct and $    1499.00   through the plan.

The Trustee received $     631.74 .

Refunds to the Debtor totaled $    1581.15 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 10/11/07                     /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                                  PAGE   2
               CASE NO. 05 B 30254 STACIE MARIE MACKENZIE